# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

ERIC DEMETRIUS EVANS )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 2:07-CV-100-WHA
RALPH PERKINS, SUPERVISOR ) (To be supplied by Clerk of
) U.S. District Court)
WILLIE THOMAS, WARDEN )
)
RICHARD ALLEN, COMMISSIONER )
)
PAUL WHALEY, Director of Classification )
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

2. Court (if federal court, name the district; if state court, name the county) _N/A_

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Elmore Correctional Center, P.O. Box 8, Elmore Alabama 36025_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Elmore Correctional Center Laundry_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Ralph Perkins | P.O. Box 8, Elmore Alabama 36025 |
| 2. Willie Thomas | P.O. Box 8, Elmore Alabama 36025 |
| 3. Richard Allen | 64 North Union Street, Montgomery, AL 36130 |
| 4. Paul Whaley | 14 Lloyd Street, Montgomery, AL 36130 |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _January 25, 2007_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Defendants violated my 8th and 14th Amendment to the United States Constitution by acting in concert to wrongful injury.

SUPPORTING FACTS: On January 25, 2007 I attended work at my assign institutional Job at Elmore Correctional Center Laundry for the Alabama Department of Corrections. At approximately 1:00 p.m. a concret block wall fell on me fracturing both my arms and back. Plaintiff contend that the defendant Perkins has been warned several times of this trape for inmates but Defendant Perkins only showed a reckless neglect for the problems. Defendants Allen and Thomas refuse to over see their staff to make sure they comply with Administrative Regulations. They to is liable pursuant to Respondent Superior.

GROUND TWO: Defends, Made me the victim of a deliberate indifference violated Plaintiff 8th and 14th Amend. Const. of the U.S. Constitution and failed to follow standard operation procedure of the ALDOC Classification manual.

SUPPORTING FACTS: On or about November 2006, the Defendants for the ALDOC at Kilby Correctional facility recommended Plaintiff for to be sent to Alex City Community Based Facility for the AL.D.O.C., but instead sent Plaintiff to the place of his wrongful injury and placement at Elmore Correctional Center & Laundry prior to the finalization by the Classification Central review board for the ALD.O.C. as required by the Classification Manual for the Alabama Department of Corrections. Plaintiff finally contend that the defendants herein acts in concert to use Elmore Correctional Center as a catchhall camp to disinfranchise eligible minimum custody inmates coupled with Plaintiff from their proper work release status and to shield the violation of the 8th and 14th Amendment of Plaintiff and other inmates caused by overcrowding that deprive inmates in the Alabama Department of Corrections of meaningful rehabilitative Programs.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seek a trial by Jury pursuant to the 7th Amendment of the United States Constitution. Plaintiff Five million Dollars for punitive and wrongful Injury due to Defendants Neglection, and any other relief this Court deem just proper and fair.

_Eric Demetrius Evans_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-1-07.
(Date)

_Eric Demetrius Evans_
Signature of plaintiff(s)

4

Eric Demetrius Evans
#249159
Elmore Corr. Center
P.O. Box 8
Elmore, AL 36025

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711


