IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

ERIC DEMETRIUS EVANS,
    Plaintiff,

V.

RALPH PERKINS, SUPERVISOR,
WILLIE THOMAS, WARDEN,
RICHARD ALLEN, COMMISSIONER,
PAUL WHALEY, DIRECTOR OF CLASSIFICATION,
    Defendants.

CIVIL ACTION NO. 2:07-CV-100-WHA
(To be supplied by Clerk of U.S. District Court)

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the Plaintiff Eric Demetrius Evans, by and through Pro se in the above style Civil Action hereby Move this District Court of the United States on Motion To Proceed in Forma Pauperis, and in support states the following:

Plaintiff makes known to this District Court that to no lack of due diligence on plaintiff part the defendant refuse to process Plaintiff forma pauperis form in order to shield the violation.

Plaintiff has a 1st Amendment Right to access to the Courts. See <u>Bounds v. Smith</u>, Supra and <u>Avery v. Johnson</u>, Supra. Plaintiff respectfully seek an order from this U.S. District to be served upon the Defendants to process plaintiff forma pauperis, and that this District Court of the U.S. file and process Plaintiff Civil Action.

Done this <u>1st</u> day of February 2007.

    Respectfully Submitted: <u>Eric Demetrius Evans</u>