**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ralph Perkins, Supervisor
Elmore Correctional Center
P.O. Box 8
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Joseph G.C._   ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Joseph Giles_                   2/7/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

2:07 CV 100
C + O of proc.   (40)

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number      7006 2760 0002 8193 0081
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540