IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR -6  A 9: 22

___ P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

ERIC DEMETRIUS EVANS, #249159,

    Plaintiff,

VS.

    CIVIL ACTION NO. 2:07 CV 100-WHA

RALPH PERKINS, et al.,

    Defendants.

## MOTION TO STAY AND INTERLOCUTORY APPEAL IN FORMA PAUPERIS FOR GOOD CAUSE

Comes Now the Plaintiff ERIC DEMETRIUS EVANS, by and through PRO/SE in the above style Civil Action hereby in good faith move this District Court on Motion to Stay and Interlocutory Appeal to the Eleventh Circuit Court of Appeals from this District Court's dismissal on February 27, 2007 pursuant to 28 U.S.C § 1915-(e)(2)(B)(i) and (ii) that is an abuse of discretion and violation of Plaintiff Equal Protection of the laws. Plaintiff request this Appeal in Forma Pauperis. The defendants are liable. Done this 2nd day of March 2007.

Respectfully Submitted,

Eric D. Evans

(1)

CERTIFICATE OF SERVICE

I hereby certify this 2nd day of March 2007, that I have served a true and correct copy of the same upon defendants Attorney postage prepaid.

Eric D. Evans

Eric D. Evans
P. O. Box 8
Elmore, AL 36025

(2)

MONTGOMERY AL 361

05 MAR 2007 PM 2 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

ERIC DEMETRIUS EVANS, 249159
ELMORE CORR. CENTER
P.O. BOX 8
ELMORE, AL 36025