IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS, #249159, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv100-WHA |
| | ) |
| RALPH PERKINS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Motion to Stay and Interlocutory Appeal In Forma Pauperis for Good Cause (Doc. #9), filed by the Plaintiff on March 7, 2007.

Since this court's order of February 27, 2007 was not a final and appealable order, the court takes this motion to include a request to certify the case for an interlocutory appeal under the provisions of 28 U.S.C. § 1292(b). Doing so, this court finds that the order from which the Plaintiff seeks to take an interlocutory appeal does not involve a controlling question of law as to which there is substantial ground for difference of opinion, or that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Therefore, there is no legal basis for an interlocutory appeal, and it is hereby

ORDERED that the motion is DENIED.

This case is referred back to the Magistrate Judge for further proceedings.

DONE this 7th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE