UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
THE NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIOUS EVANS ) | |
| #249159 ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:07-cv-100-WHA |
| ) | |
| RALPH PERKINS ) | |
| ) | |
|     Defendant. ) | |

**MOTION FOR ADDITIONAL TIME TO FILE SPECIAL REPORT**

Comes now the Defendant Ralph Perkins, through undersigned counsel, and respectfully asks this Court for additional time to file a Special Report in the above referenced matter as follows:

1. An Answer and Special Report are due today.

2. An Answer shall be filed today; however upon further review, additional information is needed to properly complete the Special Report.

WHEREFORE, the Defendant respectfully requests an additional 15 days to file a Special Report in this case, up to and including April 3, 2007.

Respectfully submitted on this 19th day of March, 2007.

                                                    /s/ MARY GOLDTHWAITE
                                                    Assistant Attorney General
                                                    Counsel for the Defendant

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 353-9189
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 19th day of March, 2007, served a copy of the Answer on the following pro se inmate by placing the same in the United States mail, postage prepaid, and properly addressed as follows:

Eric Demetrius Evans, #249159
Elmore Correctional Facility
PO Box 8
Elmore, AL  36025

    /s/  MARY GOLDTHWAITE
OF COUNSEL