IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS, #249159, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-100-WHA |
| | ) |
| RALPH PERKINS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the motion for extension of time filed by defendant Perkins on March 19, 2007 (Court Doc. No. 12), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendant be GRANTED an extension from March 19, 2007 to and including April 3, 2007 to file his special report.

Done this 20th day of March, 2007.

      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE