IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS #249159,
    Plaintiff,

V.                    CIVIL ACTION NO. 2:07-CV-100-WHA

RALPH PERKINS, et al.,
    Defendants.

## MOTION FOR LEAVE TO SERVE INTERROGATORIES UPON THE DEFENDANTS

Comes now the Plaintiff Eric Demetrius Evans, by and through PRO/SE in the above Style Civil Action hereby move this U.S. District Court on Motion for Leave to serve Interrogatories upon the Defendants pursuant to the Federal Rules Civil Procedure.

Done this 19th day of March 2007.

                              Respectfully submitted,
                              Eric Demetrius Evans

## CERTIFICATE OF SERVICE

I hereby certify this 19th day of March 2007, that I have served a true and correct copy of the same upon the Defendants Attorney by U.S. mail postage prepaid.

                              Eric Demetrius Evans

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS, #240159,
    Plaintiff,

V.                    CIVIL ACTION NO. 2:07-CV-100-WHA

RALPH PERKINS, et al.,
    Defendants.

INTERROGATORIES UPON DEFENDANTS
Pursuant to Rules 33, 34, 35, 36 AND 37 Federal Rules Civil Proc.

Comes now the Plaintiff Eric Demetrius Evans, by and through Plaintiff in the above style civil action hereby submit the following interrogatories upon the defendants, and in support Plaintiff request the following:

1. Plaintiff request from Defendant Ralph Perkins a sworn affidavit as to his position, his supervisor, his supervisor's supervisor's names?

ANSWER:

2. Plaintiff request from Defendant Ralph Perkins did he observe the block wall that fell on Plaintiff Evans needed to be repaired?

ANSWER:

(1)

3. Plaintiff request from Defendant Ralph Perkins a true and correct genuine copy of the last inspection report on the Elmore Correctional Center laundry facility?

ANSWER:

4. Plaintiff request from Defendants herein genuine copies and affidavit as to who authorize Plaintiff Evans transfer from Kilby Correctional Facility to Elmore Correctional Center instead of Alex City Community Based Facility as Kilby Correctional Facility Classification personnel had recommended for Plaintiff to be transferred to?

ANSWER:

Plaintiff makes known to Defendants that the above request information is very relevant to this civil action, and failure to answer in thirty (30) days may result in a judgment of default being issued against you pursuant to Rule 37 of the Federal Rules Civil Procedure.

Done this 19th day of March 2007.

Respectfully submitted,
Eric Demetrius Evans

<u>CERTIFICATE OF SERVICE</u>

I hereby Certify this 19th day of March 2007, that I have served a true and correct Copy of Interrogatories upon the United States District Court, and the original upon the defendants through their Attorney by U.S. mail service at Elmore Correctional Center postage prepaid.

Eric Demetrius Evans
Eric Demetrius Evans, Plaintiff
Elmore Corr. Center
P.O. Box 8
Elmore, AL 36025

(3)



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Eric Demetrius Evans
#249154-B1-99A
Elmore Corr. Center
P.O. Box 8
Elmore, AL 36025