IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS, #249159,
  Plaintiff,

V.                                    CASE NO. 2:07-CV-100-WHA

RALPH PERKINS, et al.,
  Defendants.

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT PURSUANT TO THE FEDERAL RULES CIVIL PROCEDURE

Comes now the Plaintiff Eric Demetrius Evans, by and through Pro Se in the above Style Civil Action respectfully move this United States District Court on motion for leave to file an Amended Complaint pursuant to the Federal Rules Civil Procedure, and in support Plaintiff file the Amended Complaint attached Heretoo...

Done this 21st day of March 2007.

Respectfully submitted,
Eric Demetrius Evans

### CERTIFICATE OF SERVICE

I hereby certify this 21st day of March 2007, that I have served a true and correct copy of the same upon Defendants Attorney by U.S. mail postage prepaid.

Eric Demetrius Evans

(1)

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS, #249159,
    Plaintiff,

V.   CIVIL ACTION NO. 2:07-CV-100-WHA

RALPH PERKINS, et al.,
    Defendants.

## AMENDED COMPLAINT

Comes now the Plaintiff Eric Demetrius Evans, by and through PRO/SE in the above Style Civil Action hereby respectfully move this District Court to File this Amended Complaint for denial of meaningful medical attention and Retaliation for filing this original Civil Action, and in support Plaintiff states the following:

### DEFENDANTS NAMES AND ADDRESS BELOW:

1. Defendant Daustry, LPN and Prison Health Services Incorporated, P.O. Box 56, Elmore, AL 36025.
2. Defendant Willie Thomas, Warden, P.O. Box 8, Elmore, AL 36025.
3. Defendant Hamm, COI, P.O. Box 8, Elmore, AL 36025.
4. Defendant Moore, Captain, P.O. Box 8, Elmore, AL 36025
5. Defendant Ralph Perkins, P.O. Box 8, Elmore, AL 36025

(2)

GROUND ONE: Defendants and Prison Health Services Incorporated violated Plaintiff Evans Eighth and Fourteenth Amendment of the United States Constitution under Cruel and Unusual Punishment, Equal Protection and a deliberate indifference acting in concert with Defendants Thomas, Hamm, Moore and Perkins to deny Plaintiff meaningful medical attention for the Defendants to reach Retaliation ends to work injured Plaintiff.

SUPPORTING FACTS: On March 14, 2007, Defendant Daustry and Prison Health Services incorporated with defendants Thomas, Hamm, Moore and Perkins denied Plaintiff's request to be examined by a back specialist, and to renew Plaintiff medical stopup or to treat Plaintiff major back pains that makes it difficult for Plaintiff to stand long period of time.

GROUND TWO: Defendants Thomas, Moore, Hamm and Perkins acted in concert to retaliate against Plaintiff Evans in violation of Plaintiff Eighth and Fourteenth Amendment of the United States Constitution.

SUPPORTING FACTS: On March 19, 2007, Defendants Thomas, Moore, Hamm and Perkins forced injured Plaintiff Evans while still in arms cast to go to work at the Elmore Correctional Center laundry where Plaintiff was injured wrongfully and the above defendants being aware of Plaintiff injury ignored the fact and showed a reckless disregard of Plaintiff informing of major pain and injury in order to punish and retaliate against Plaintiff in direct violation of Plaintiff 8th and 14th Amend. U.S.C.A. Const.

RELIEF

Plaintiff seek a trial by Jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the 7th Amendment of the United States

(3)

Constitution. Plaintiff contend that for punitive actions by the defendants Plaintiff seek monetary damages in the sum of $100,000.00, and for the lost of Plaintiff 8th and 14th Amendments of the United States Constitution, and seek an order from this District Court to be directed to the defendants to stop these punitive actions, and any other relief this Court deems just, proper and fair.

EXECUTED ON THIS 21st OF MARCH 2007.

Respectfully Submitted,
Eric Demetrius Evans

CERTIFICATE OF SERVICE

I hereby Certify this 21st day of March 2007, that I have served a true and Correct copy of the same upon Attorney for the defendants by placing the same in the U.S. mail Service at Elmore Correctional Center postage prepaid.

Eric Demetrius Evans
Eric D. Evans, Plaintiff
P.O. Box 8
Elmore, AL 36025

(4)

Eric Demetrius Evans
#201159-B1-96A
Elmore Corr. Center
P.O. Box 8
Elmore, AL 36025

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

MONTGOMERY AL 361
21 MAR 2007 PM 2