IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS, #249159, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-100-WHA |
| ) | |
| RALPH PERKINS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to submit interrogatories filed by the plaintiff on March 22, 2007 (Court Doc. No. 14), and as the defendant has not yet filed his written report, it is

ORDERED that this motion be and is hereby DENIED.

Done this 23rd day of March, 2007.

  /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE