IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS, #249159, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-100-WHA |
| | ) |
| RALPH PERKINS, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file an amended complaint filed by the plaintiff on March 22, 2007 (Court Doc. No. 15), in which the plaintiff seeks to proceed on new claims for relief and name additional defendants, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that if he seeks to proceed on the claims referenced in his motion for leave to amend he may do so by filing a separate 42 U.S.C. § 1983 complaint in this court.

Done this 23rd day of March, 2007.

                    /s/ Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE