IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS, #249159, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-100-WHA |
| | ) |
| RALPH PERKINS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon review of the special report filed by defendant Perkins on April 3, 2007 (Court Doc. No. 19), and for good cause, it is

ORDERED that on or before April 19, 2007 the defendant shall file a supplement to his report which contains (i) a copy of the body chart prepared on the plaintiff detailing the injuries he suffered on January 25, 2007, and (ii) an affidavit from Charles J. Williams, laundry manager, addressing the claims presented by the plaintiff as it is clear that Mr. Williams has knowledge of the incident about which the plaintiff complains.

Done this 4th day of April, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE