IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS, #249159,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | CIVIL ACTION NO. 2:07cv100-WHA |
| ) | |
| RALPH PERKINS,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER

This case is before the court on the Plaintiff's Motion for Writ of Mandamus (Doc. #18), filed on April 2, 2007. In this motion, the Plaintiffs seeks issuance of a writ directed to the Magistrate Judge requiring that he be allowed to submit interrogatories to the Defendant and file an Amended Complaint. He challenges the orders entered on March 23, 2007 (Doc. #16, denying leave to submit interrogatories, and Doc. #17, denying motion to file amended complaint).

The Plaintiff was not allowed to submit interrogatories as the Defendant has not yet filed his special report. If upon filing the report, the Defendant fails to provide adequate and relevant information, the Plaintiff may then seek to file interrogatories. Additionally, the Defendant filed an Answer on March 19, 2007. On March 22, 2007, the Plaintiff filed a Motion for Leave to File Amended Complaint. In the proposed Amended Complaint, the Plaintiff sought to name additional defendants and assert new claims for relief. In light of the foregoing, the Magistrate Judge denied this motion and advised the Plaintiff that he could file a separate 42 U.S.C. § 1983 action challenging the actions made the basis of the proposed Amended Complaint.

Neither of the orders of the Magistrate Judge is clearly erroneous nor contrary to law, and, therefore, it is hereby ORDERED that the Motion for Writ of Mandamus is DENIED.

DONE this 4th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE