IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS, #249159,
    Plaintiff,

V.                                   CIVIL ACTION NO. 2:07-CV-100-WHA

RALPH PERKINS, et al.,
    Defendants.

## MOTION TO RECUSE CHARLES S. COODY UNITED STATES MAGISTRATE JUDGE

Comes now the Plaintiff Eric Demetrius Evans, by and through PRO/SE in the above style Civil Action move this District Court on Motion to Recuse Charles S. Coody, United States Magistrate Judge from Plaintiff Civil Action, and in support Plaintiff states the following:

1. No Magistrate Consent form for Magistrate Coody to preside over Plaintiff Civil Action was never served to parties for consent.

2. Magistrate Coody is bias to Plaintiff an inmate in Alabama D.O.C., and there exist a conflict of interest between Magistrate Coody and Plaintiff.

Done this 2nd day of April 2007.

Respectfully Submitted: Eric D. Evans

### CERTIFICATE OF SERVICE

I have on this 2nd day of April 2007, served a true and correct copy of the same on Defendants Attorney postage prepaid.

Eric D. Evans

(1)



MONTGOMERY AL 361
03 APR 2007 PM 2 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

36101+0711

ERIC DEMETRIUS EVANS
#249159-B1-96A
ELMORE CORRECTIONAL CENTER
P.O. BOX 8
ELMORE, AL 36025