IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS | ) |
| | ) |
|     Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | )   2:07-CV-100-WHA |
| RALPH PERKINS, ET AL. | ) |
| | ) |
|     Defendant(s). | ) |
| | ) |
| | ) |

**MOTION TO SUPPLEMENT AND INCORPORATE BODY CHART**

COMES NOW Defendant's undersigned counsel and respectfully moves this Court to incorporate as part of the Special Report the attached Body Chart, which was inadvertently omitted as one of the attachments to the original filing. Said Body Chart[1] is specifically identified in and attached to the incident report attached to and identified in Ralph Perkins' Affidavit marked as Exhibit A to the Special Report.

Respectfully submitted this 5th day of April, 2007.

                              TROY KING (KIN047)
                              Attorney General

                              /s/ MARY GOLDTHWAITE
                              Mary Goldthwaite (013)
                              Assistant Attorney General

---

[1] It is referred to in the Special Report as "Body Chart attached to Perkins' Affidavit."

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 5th day of April, 2007, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Eric Evans, #249159
Elmore Correctional Facility
PO Box 8
Elmore, AL  36025

      /s/  MARY GOLDTHWAITE
OF COUNSEL



# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Elmore | ☐ SICK CALL ☒ EMERGENCY |
|---|---|---|---|
| 1/25/07 | 2:30 AM/**PM** | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 98.9 (ORAL)  RESP. 20  PULSE 76  B/P 138/84  RECHECK IF SYSTOLIC <100 >50 ___

**NATURE OF INJURY OR ILLNESS**

S) "Brick wall fell on my waist while working in the laundry."

| ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / ___ SUTURES |

**PHYSICAL EXAMINATION**

O) A+O x 3, O2 sat 99%. (R) hand swollen tender to touch (R) middle finger abrasion on underside & drainage noted. Sensation (R) hand & arm noted. (L) hand index and middle finger abrasion noted.

**ORDERS / MEDICATIONS / IV FLUIDS** | TIME | BY

P) cleaned abrasions c̄ peroxide
Tetanus Toxoid 0.5 cc IM
To see provider

A) alt in comfort

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**  Release to camp

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 1/25/07 | 3:15 AM/**PM** | ☐ DOC ☐ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| S Tarbum RN | 1/25/07 | | | |

**INMATE NAME (LAST, FIRST, MIDDLE)** | DOC# | DOB | R/S | FAC.
Evans, Eric | 249159 | 12-31-69 | B/M |

PHS-MD-70007   (White – Record Copy, Yellow – Pharmacy Copy)