IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS, #249159, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-100-WHA |
| | ) |
| RALPH PERKINS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the motion to supplement special report filed by defendant Perkins on April 5, 2007 (Court Doc. No. 23), entered on the docket as a motion to amend/correct special report, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 6th day of April, 2007.

　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE