IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS, #249159,
    Plaintiff,

v.    CIVIL ACTION NO. 2:07-CV-100-WHA

RALPH PERKINS,
    Defendants.

## PLAINTIFF CROSS MOTION AND OPPOSITION TO DEFENDANTS SPECIAL REPORT AND ANSWER

COMES NOW the Plaintiff, Eric Demetrius Evans, by and through Pro/Se in the above-styled cause hereby Move this District Court on Plaintiff's Cross motion and Opposition to Defendants Special Report and Answer and states the following:

The Plaintiff in response to defendants Answer and Special Report denys Defendants Defenses One through Twenty-Four that is without merit frivolous and is mere Phraseology.

The Plaintiff avers that there is genuine issues as to any material fact and that the Plaintiff is entitled to a jury trial pursuant to Rule 38 Federal Rules Civil Procedure and the Seventh Amendment of the United States Constitution.

(1)

## PARTIES

1. The Plaintiff, Eric Demetrius Evans, #249159

2. The Defendants, Ralph Perkins, et al.

## EXHIBIT

1. EXHIBIT A - Affidavit of Eric Demetrius Evans (attachment hereto).

## PLAINTIFF'S CLAIMS

The Plaintiff's Claims Arises Under the Eighth and Fourteenth Amendments of the United States Constitution for improper placement at Elmore Correctional Center health hazard Laundry facility that lead to Plaintiff wrongful injury, and deliberate indifference.

The Plaintiff Contend that his Claims against Willie Thomas, Richard Allen and Paul Whaley that was Summarily dismissed is in fact a product of an abuse of discretion and Violation of Plaintiff Equal Protection to laws pursuant to the Fourteenth Amendment of the United States Constitution.

## ARGUMENT

Plaintiff argue that the defendant Perkins in an attempt to defend Simply ignores his responsibility to Comply the

(2)

Eighth Amendment for acting with deliberate indifference to inmates health and safty and Plaintiff beinging an inmate has a guaranteed protected rights pursuant to the Eighth and Fourteenth Amendment rights of the United States Constitution. The United States Supreme Court at the same point at law held:

> "A prison official may be held liable under the Eighth Amendment for acting with deliberate indifference to inmate health or safty only if he knows that inmates face substantial risk of serious harm and disregards that risk by failing to take reasonable measures to abate it. Criminal Law #78 – Cruel and Unusual Punishment, See ~~Farmer~~ V. Brennan, (1994) 128 L.Ed.2d 811 at page 818."

Plaintiff contend that defendant perkins had knowledge of the substantial risk of serious harm and disregarded that risk by failing to take reasonable measures to abate it when warn by Laundry Personell Ms Summerlin to have the block wall fix before it fall and hurt someone. Defendant Perkins is liable, and he openly admitted Plaintiff Evans was injured. See defendant Exhibit-A of defendant's Special Report and the incident report attached theretoo.

The Defendant claim he is entitled to qualified immunity in his answer and Special Report. Defendant merely has qualified immunity

(3)

When Defendant Perkins act in good faith which material facts exist before this District Court in defendant's answer and special report that clarify defendant Perkins did not act in good faith to fix the wall to prevent Plaintiff injuries. See defendant Perkins affidavit Exhibit-A, attachment of the incident report of Mr Williams, and the medical chart of Plaintiff that partially reveal Plaintiff injuries. See <u>McCord v. Maggio</u>, 927 F.2d 844, 848 (5th Cir. 1991); and <u>Daugherty v. Campbell</u>, 935 F.2d 780, 786 (6th Cir. 1991).

### <u>Conclusion</u>

There is in fact genuine issues in dispute coupled with genuine material facts that exist warrant a jury trial pursuant to Rule 38 Federal Rules Civil Procedure and the Seventh Amendment of the United States Constitution.
The Defendant is not entitled to judgment as a matter of law whereas issues are in dispute.

Respectfully Submitted,
<u>Eric Demetrius Evans</u>

### <u>Certificate of Service</u>

I hereby certify this <u>12th</u> day of April 2007, that I have served a true and correct copy of the same upon the defendant's Attorney by U.S. Mail Service postage prepaid.
<u>Eric Demetrius Evans</u>

(4)

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS, #249159,
    Plaintiff,

V.

RALPH PERKINS,
    Defendants.

CIVIL ACTION NO. 2:07-CV-100-WHA

## AFFIDAVIT

Before me, the undersigned a Notary Public in and for the State of Alabama at large, personally appeared Eric Demetrius Evans, #249159, who being known to me and being by me first duly sworn, deposes and says:

My name is Eric Demetrius Evans. I am an inmate in the Alabama Department of Corrections at Elmore Correctional Center. I am over twenty-one (21) years of age.

I am assign to work in the Elmore Laundry. It is true that I was wrongfully injured by a concrete wall collapsed on fell on me injuring both wrist, middle finger and my back which was not noted, and recklessly disregarded by defendants whereas the defendants sent me back to work at the same health hazard laundry facility. Mr Williams, Laundry Manager prior to the incident told defendant Perkins to fix the wall before it fall on someone, and Ms Summerland also told de-

1

fendant Perkins to fix the wall before it fall on someone but defendant Perkins recklessly failed to do so. On January 25, 2007, the wall collapsed and fell on me. I contend that I had no time to escape this never should have happen it could have been avoided, if defendant Perkins would did his responsibility and fix the wall when warn on numerous occasions.

DATED: 4-12-07

　　　　　　　　　　　　　　　　　　Eric Demetrius Evans 249159
　　　　　　　　　　　　　　　　　　ERIC DEMETRIUS EVANS, #249159

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and Subscibed before me and given under my hand and official seal on this the 12 day of April, 2007.

　　　　　　　　　　　　　　　　　　Arthur _____
　　　　　　　　　　　　　　　　　　NOTARY PUBLIC

MY COMMISSION EXPIRES: 2/12/2011

2

MONTGOMERY AL 361
13 APR 2007 PM 1 L

ERIC D. EVANS
#249154-131-96A
ELMORE CORR. CENTER
P.O. BOX 8
ELMORE, AL 36025

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

36101+0711