IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | )   2:07-CV-100-WHA |
| RALPH PERKINS, ET AL. | ) |
| | ) |
| Defendant(s). | ) |

## SUPPLEMENT TO SPECIAL REPORT

COMES NOW Defendant's undersigned counsel pursuant to the Court's Order[1] of April 4, 2007, and submits hereto as Attachment "1" an affidavit from Charles J. Williams, laundry manager, addressing the claims presented by the plaintiff.

Respectfully submitted this 19th day of April, 2007.

TROY KING (KIN047)
Attorney General

 /s/ MARY GOLDTHWAITE
Mary Goldthwaite (013)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 242-2433 (fax)

---

[1] The requested body chart was submitted on or about April 5, 2007, by way of a motion styled "Motion to Supplement and Incorporate Body Chart."

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 19th day of April, 2007, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Eric Evans, #249159
Elmore Correctional Facility
PO Box 8
Elmore, AL  36025

    /s/  MARY GOLDTHWAITE
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS, #249159,  :
:
Plaintiff,  :
:
v.  : Case No. 2:07-CV-100-WHA
:
RALPH PERKINS, et al.,  :
:
Defendants.  :

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Charles J. Williams, who being known to me and being by me first duly sworn, deposes and says:

My name is Charles J. Williams. I am employed with the Alabama Department of Corrections as a Laundry Manager I at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

I was on duty in the Elmore Regional Laundry on January 25, 2007 at approximately 1:30 p.m. when I heard a loud noise in the Laundry. I turned around and observed that a cinderblock partition had fallen. An inmate said that someone was under the partition. Inmates immediately started removing the broken partition. Inmate Eric Evans, 249159, was under the partition. I notified the shift supervisor, Sergeant Tanya Arrington, at approximately 1:35 p.m. I then notified the Back Gate to let them know I was sending inmate Evans inside the institution. Inmate Evans was able to walk to the Back Gate unassisted. I have been informed that inmate Evans was transported to the Health Care Unit at Staton Correctional Facility. I am not aware of any additional medical treatment inmate Evans may have received.

1

*[signature: Charles J. Williams]*
CHARLES J. WILLIAMS

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the

4th day of April, 2007.

*[signature: Diane G. Sutherland]*
NOTARY PUBLIC

My Commission expires February 5, 2011

2