IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS, #249159,    )
                                  )
        Plaintiff,                )
                                  )
    v.                            )  CIVIL ACTION NO. 2:07-CV-100-WHA
                                  )
RALPH PERKINS,                    )
                                  )
        Defendant.                )

### O R D E R

Upon review of the response filed by the plaintiff on April 16, 2007 (Court Doc. No. 26), and for good cause, it is

ORDERED that on or before May 7, 2007 the defendant shall file a supplement to his special report which contains affidavits from all relevant persons addressing the plaintiff's assertion that Ms. Summerlin advised the defendant that the block wall constituted a substantial risk of harm to inmates.

Done this 20th day of April, 2007.

                    /s/ Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE