UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
THE NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIOUS EVANS ) | |
| #249159 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:07-cv-100-WHA |
| ) | |
| RALPH PERKINS ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADDITIONAL TIME TO FILE SUPPLEMENT TO SPECIAL REPORT

COMES NOW the Defendant Ralph Perkins, through undersigned counsel, and respectfully asks this Court for additional time to file his supplement to the Special Report in the above referenced matter, and as grounds therefore, avers as follows:

1. The supplement to his Special Report is due today.

2. Upon further review, additional information is needed to properly complete the supplement.

WHEREFORE, the Defendant respectfully requests an additional 14 days to file a Special Report in this case, up to and including May 21, 2007.

Respectfully submitted on this 7th day of May, 2007.

/s/ MARY GOLDTHWAITE
Assistant Attorney General
Counsel for the Defendant

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 353-9189
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that I have, this 7th day of May, 2007, served a copy of the foregoing on the following pro se inmate by placing the same in the United States mail, postage prepaid, and properly addressed as follows:

Eric Demetrius Evans, #249159
Elmore Correctional Facility
PO Box 8
Elmore, AL  36025

    /s/  MARY GOLDTHWAITE
    OF COUNSEL