IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS, #249159,    )
                                                  )
           Plaintiff,              )
                                                  )
      v.                        )   CIVIL ACTION NO. 2:07-CV-100-WHA
                                                  )
RALPH PERKINS,               )
                                                  )
           Defendant.           )

**O R D E R**

Upon consideration of the motion for extension of time filed by defendant Perkins on May 7, 2007 (Court Doc. No. 29), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the defendant be GRANTED an extension from May 7, 2007 to and including May 21, 2007 to file his supplemental special report.

Done this 8th day of May, 2007.

_____/s/ Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE