IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS, #249159,
  Plaintiff,

v.                                CIVIL ACTION NO. 2:07-CV-100-WHA

RALPH PERKINS,
  Defendant.

## PLAINTIFF JURY TRIAL DEMAND

Comes now the Plaintiff Eric Demetrius Evans, by and through PRO/SE hereby Moves the District Court on Plaintiff Jury Trial Demand pursuant to Rule 38 of the Federal Rules Civil Procedure and the Seventh Amendment of the United States Constitution, and in support Plaintiff states the following:

1. Plaintiff is entitled to a Jury Trial.
2. Issues are in dispute, a Jury Trial is warranted.

Done this 7th day of May 2007.

Respectfully submitted,
Eric D. Evans
Eric D. Evans, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify this 7th day of May 2007, that I served a true and correct copy of the same upon the defendant's Attorney by placing in the U.S. Mail service at Elmore Correctional Center postage prepaid.

*Eric D. Evans*
Eric D. Evans
P.O. Box 8
Elmore, AL 36025



MONTGOMERY AL 361
07 MAY 2007 PM 4 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

ERIC DEMETRIUS EVANS
#249159-B1-96A
ELMORE CORR. CENTER
P.O. BOX 8
ELMORE, AL 36025