**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| ERIC DEMETRIUS EVANS | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | )    2:07-CV-100-WHA |
| RALPH PERKINS, ET AL. | ) |
| | ) |
| Defendant(s). | ) |

**SECOND SUPPLEMENT TO SPECIAL REPORT**

COMES NOW Defendant's undersigned counsel pursuant to the Court's Order of April 20th, 2007, and submits hereto as Attachment "B" an affidavit from Clara Summerlin, Laundry Manager I, addressing the allegations asserted by the Plaintiff.

Respectfully submitted this 16th day of May, 2007.

TROY KING (KIN047)
Attorney General

/s/ MARY GOLDTHWAITE
Mary Goldthwaite (013)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 242-2433 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 16th day of May, 2007, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Eric Evans, #249159
    Elmore Correctional Facility
    PO Box 8
    Elmore, AL  36025

    /s/  MARY GOLDTHWAITE
    OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| VS. | ) CASE NO.: 2:07-100-WHA |
| | ) |
| | ) |
| RALPH PERKINS, et al. | ) |
| | ) |
| **Defendants.** | ) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Clara Summerlin, who being known to me and being by me first duly sworn, deposes and says:

"My name is Clara Summerlin. I am employed with the Alabama Department of Corrections as a Laundry Manager I at the Elmore Correctional Facility. I am over twenty-one (21) years of age.

 1. The wall in question did not appear to me to create a danger in the work area or place anyone at risk; furthermore I do not recall anyone complaining about it being dangerous or posing a risk.

 2. In addition, I never told my supervisor, Ralph Perkins, to fix the wall before it falls on someone, or words to that effect as alleged by inmate Evans.

 The above information is true and correct to the best of my knowledge and belief."


EXHIBIT B

The above information is true and correct to the best of my knowledge and belief."

*Clara Summerlin LMT*
CLARA SUMMERLIN

STATE OF ALABAMA           )

COUNTY OF ELMORE           )

Sworn to and subscribed before me and given under my hand and official seal on this the 11th day of May, 2007.

*Diane D. Sutherland*
NOTARY PUBLIC

My Commission Expires: 2-5-11