IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS
    Plaintiff,

V.                                 2:07-CV-100-WHA

RALPH PERKINS, ET AL.,
    Defendants.

## MOTION FOR EXTENTION OF TIME

COMES NOW Plaintiff Eric Demetrius Evans, by and through PRO/SE hereby move this District Court on Motion For Extention of Time, and in support Plaintiff states the following:

On May 16, 2007, an order was issued by United State Magistrate Judge Charles S. Coody that on or about June 15, 2007 the Plaintiff shall file a response to the written reports filed by the defendants. I the Plaintiff fails to file a response as required by this order, the Court will treat the plaintiff's failure to response as an abandonment of the claims set forth in the Complaint.

Plaintiff for good cause and in good faith request an extention of Fourteen (14) days for which to respond to defendants Special reports. Done this 11th day of June 2007.

Respectfully Submitted,
Eric D. Evans #249159

(1)

## CERTIFICATE OF SERVICE

I hereby Certify this 11th day of June 2007, that I have served a true and correct copy of the same upon the defendants herein attorney by U.S. mail postage prepaid.

Eric D. Evans #249159



BIRMINGHAM AL 352

11 JUN 2007 PM 4 T

Office of the Clerk,
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Eric Demetrius Evans
#249159-B1-96A
Elmore Corr. Center
P.O. Box 8
Elmore, AL 36025