IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS, #249159, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:07-CV-100-WHA |
| ) | |
| RALPH PERKINS, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the motion for extension of time filed by the plaintiff on June 12, 2007 (Court Doc. No. 34), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from June 15, 2007 to and including June 29, 2007 to file his response to the defendant's special reports in compliance with the order entered on May 16, 2007 (Court Doc. No. 33).

Done this 13th day of June, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE