IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUN 19 A 9:31

ERIC DEMETRIUS EVANS
    Plaintiff,

v.                                              2:07-CV-100-WHA

RALPH PERKINS, ET AL.
    Defendants.

### PLAINTIFF ANSWER AND OPPOSITION TO DEFENDANTS SECOND SUPPLEMENT TO THEIR SPECIAL REPORT

COMES NOW the Plaintiff Eric Demetrius Evans, by and through PRO/SE in the above Civil Action hereby Submits Plaintiff Answer and Opposition to Defendants Second Supplement to Their Special Report and Submits hereto as Attachment Exhibit "B" an affidavit from Plaintiff Eric Demetrius Evans, and further in support Plaintiff States the following:

Plaintiff in his response deny the defendants allegations in their Original Answer, Supplemental Answer and the defendants Second Supplement to their Special Report, and respectfully request of the district court to take judicial notice Plaintiff prior Cross Motion and opposition and Affidavit coupled with

(1)

Plaintiff medical records with Mr Williams, Perkins and Ms Clara Summerlin Affidavits which without a doubt place issues in dispute which warrant a jury trial for the defendants is not entitled to Summary Judgment nor Qualified goodfaith immunity.

Plaintiff final request of the district Court to take judicial notice of Plaintiff timely filed motion for jury trial in this Civil Action that is now pending before this district Court and is due to be granted because issues are in dispute. I further Contend that Plaintiff have not and will not abandon his claims set forth in the Complaint.

Respectfully Submitted this 14 day of June 2007.

Eric D. Evans
Eric D. Evans, Plaintiff

CERTIFICATE OF SERVICE

I hereby Certify this 14 day of June 2007, that I have served a true and correct copy of the same upon the Defendants Attorney by U.S. mail postage prepaid.

Eric Demetrius Evans
Eric Demetrius Evans, Plaintiff
P.O. Box 8
Elmore, AL 36025

(2)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC DEMETRIUS EVANS,  )
    Plaintiff,         )
                       )
V.                     )    2:07-CV-100-WHA
                       )
RALPH PERKINS, ET AL.  )
    Defendants.        )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Eric Demetrius Evans, who being known to me and being by me first duly sworn, deposes and says:

"My name is Eric Demetrius Evans. I am a State inmate in the Alabama Department of Corrections. I am over twenty-one (21) years of age.

1. The wall did appear to me to treat a danger and health hazard to me and I was sent to work in this area by defendant Perkins and the wall did in fact fall on me causing me to be injured in an unsafe work enviroment that I should not have been. I am also suffering from mental anguish and aniexty due to these punitive

Exhibit
B

actions by the defendant Perkins who had been informed of this dangerous work area but showed no concern for Plaintiff Eric Demetrius Evans health and well beings and these punitive actions is the result of my injuries both mentally and physically.

The above information is true and correct to the best of my knowledge and belief."

_Eric D. Evans_
Eric D. Evans

STATE OF ALABAMA )

COUNTY OF ELMORE )

Sworn to and subscribed before me this 14 day of Eric D Evans_____.

_Arthur_____
NOTARY PUBLIC

2/12/2011
My Commission Expires

Eric Demetrius Evans - 249159
Elmore Corr. Fac.
P.O. Box 8
Elmore AL. 36025

MONTGOMERY AL 361
15 JUN 2007 PM 4 T

Middle District of AL.
United States Courthouse
15 Lee St. Montg. AL. 36104