**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

October 22, 2007

**NOTICE OF REASSIGNMENT**

RE:   Eric Demetrius Evens v. Ralph Perkins

       Civil Action No. 2:07cv100-WHA

The above-styled case has been reassigned to District Judge Mark E. Fuller. Please note that the number case number will be 2:07cv100-MEF.