```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003824
Cashier ID: khaynes
Transaction Date: 02/11/2008
Payer Name: ELMORE CORRECTIONAL FACILITY
-----------------------------------------
PLRA CIVIL FILING FEE
 For: ERIC EVANS
 Case/Party: D-ALM-2-07-CV-000100-001
 Amount:        $44.60
-----------------------------------------
CHECK
 Check/Money Order Num: 32372
 Amt Tendered: $44.60
-----------------------------------------
Total Due:      $44.60
Total Tendered: $44.60
Change Amt:     $0.00
```