IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC DEMETRIUS EVANS, # 249159, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-100-MEF |
| | ) | [WO] |
| RALPH PERKINS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

On October 9, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 39). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED and that the defendants' motion for summary judgment is GRANTED and that this case is DISMISSED with prejudice.

It is further ORDERED that costs be and are hereby TAXED against the plaintiff.

Done this the 29th day of October 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE