IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS, # 249159,   )<br>   )<br>   Plaintiff,   )<br>v.   )<br>   )<br>RALPH PERKINS, *et al.*,   )<br>   )<br>   Defendants.   ) | CASE NO. 2:07-cv-100-MEF<br>[WO] |

### FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, that this action be and is hereby dismissed with prejudice, and that costs be and are hereby taxed against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 29th day of October, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE